456 A.2d 665

Commonwealth v. Ott, Appellant.
Reargument Denied March 7, 1983.

Argued November 16, 1981. John McCrea, III, for appel-

lant; Edgar B. Bayley, District Attorney, for Common-wealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Cumberland County Judge John A. Cherry is affirmed.